```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept. 21, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Namel Norris,**  <br><br>                    **Plaintiff,**  <br><br>          v.  <br><br>**Dasam Sons Inc. & Tamp Realty Company, LLC,**  <br><br>                    **Defendants.** | **1:20-cv-10958-ALC**  <br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

Sept. 21, 2021
New York, New York

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**